IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABRINA ERSERY-ANDREWS, on behalf of herself and the class members described herein, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 22-cv-05615 |
| vs. | )<br>) |
| CAPITAL LINK MANAGEMENT, LLC | )<br>) |
| Defendant. | )<br>) |

## DEFAULT JUDGMENT ORDER

This matter coming to be heard on Plaintiff's Motion for Entry of Default Judgment, all parties having notice, the Court being fully advised in its premises, and having considered Plaintiff's Motion for Entry of Default Judgment, Plaintiff's Memorandum in Support of Plaintiff's Motion for Entry of Default Judgment, and all other evidence submitted, IT IS HEREBY ORDERED:

Plaintiff's Motion for Entry of Default Judgment is granted against Defendant Capital Link Management, LLC. Default judgment is entered against Defendant Capital Link Management, LLC and in Plaintiff Sabrina Ersery-Andrews favor, in the amount of $16,500.00 in statutory damages for her Telephone Consumer Protection Act claim, $1,000.00 for her Fair Debt Collection Practices Act claim, plus $14,027.50 in attorney's fees and $452.00 in costs of suit. Defendant Capital Link Management, LLC is enjoined from placing further unsolicited text message calls to Plaintiff's cell phone.

7/17/23

Dated:

_____
United States District Judge